# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PLASMACAM, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> CNCELECTRONICS, LLC, <br> FOURHILLS DESIGNS, LLC, <br> THOMAS LEE CAUDLE, AND <br> MARTHA JANE CAUDLE, <br><br> DEFENDANTS. | CIVIL ACTION NO. 4:19-CV-00037-ALM <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENTS

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CNCElectronics, LLC and Fourhills Designs, LLC disclose the following:

1) CNCElectronics, LLC states that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock; and

2) Fourhills Designs, LLC states that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: June 10, 2019                              Respectfully submitted,

*/s/ Austin Teng*
**Vishal Patel**
  State Bar No. 24065885
  Vishal.Patel@tklaw.com
**Austin Teng**
  State Bar No. 24093247
  Austin.Teng@tklaw.com
**Emily Fitzgerald**
  State Bar No. 24097690
  Emily.Fitzgerald@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**ATTORNEYS FOR DEFENDANTS
CNCELECTRONICS, LLC,
FOURHILLS DESIGNS, LLC,
THOMAS CAUDLE, AND MARTHA CAUDLE**