UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PlasmaCAM, Inc., a Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> CNCElectronics, LLC, a Texas limited liability company; Fourhills Designs, LLC, a Texas limited liability company; Thomas Lee Caudle, an individual; Martha Jane Caudle, an individual <br><br> Defendants. | Civil Action No. 4:19-cv-00037-ALM <br> PATENT CASE |

**Joint Notice of Non-Settlement and Request for Telephonic Conference**

The parties jointly notify the Court that despite their best efforts, they have been unable to finalize and execute a written settlement agreement. Specifically, the parties have a dispute regarding the scope of the mutual release.

As a result, the parties are unable to file the papers necessary to close this case in accordance with the Court's Dec. 23, 2019 Order [Dkt #50]. The parties apologize to the Court for this delay and jointly request a telephonic conference with the Court for guidance in this matter.

Dated this 23rd day of January, 2020.

Jointly Submitted By:

| | |
|---|---|
| Conley Rose, P.C. | Jaburg & Wilk, P.C. |
| /s/ Thomas L. Warden | /s/ Maria Crimi Speth |
| Charles J. Rogers | Michael B. Dvoren – AZ Bar 027386 |
| Texas State Bar No. 007886205 | Maria Crimi Speth – AZ Bar 012574 |
| Thomas L. Warden | (Pro Hac Vice) |
| Texas States Bar No. 24004174 | 3200 N. Central Avenue, Suite 2000 |
| 575 N. Dairy Ashford Rd., Suite 1102 | Phoenix, AZ 85012 |
| Houston, TX 77079-1126 | Telephone: (602) 248-1000 |
| Telephone: (713) 238-8049 | Fax: (602) 248-0522 |
| Facsimile: (713) 238-8008 | mbd@jaburgwilk.com |
| crogers@conleyrose.com | mcs@jaburgwilk.com |
| twarden@conleyrose.com | *Attorneys for Plaintiff PlasmaCAM, Inc.* |
| *Attorneys for Defendants CNCElectronics, LLC, Fourhills Designs, LLC, Thomas Lee Caudle and Martha Jane Caudle* | |

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2020, a true and correct copy of the foregoing document was served on all counsel of record via ECF notification.

*/s/ Michael B. Dvoren*